IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In The Matter Of The Search of 5444 Westheimer Road Suite 1570, Houston, Texas, on May 4, 2006 § § § § | Misc. Action No. H-06-238 |

## FINAL JUDGMENT

As the Court has denied ERHC Energy Inc.'s Motion for Return of Property, To Enjoin Government Review of Seized Documents and Computer Images Pending Judicial Review, and To Unseal Affidavit in Support of Search Warrant (Document No. 1), the Court hereby

DISMISSES ERHC Energy Inc.'s Motion for Return of Property, To Enjoin Government Review of Seized Documents and Computer Images Pending Judicial Review, and To Unseal Affidavit in Support of Search Warrant (Document No. 1).

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 6th day of July, 2006.

_____
DAVID HITTNER
United States District Judge